UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF HERMAN WHITFIELD, III, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:22-cv-001246-SEB-MJD ) |
| THE CITY OF INDIANAPOLIS, STEVEN SANCHEZ, ADAM AHMAD, MATTHEW VIRT, DOMINQUE CLARK, JORDAN BULL, and NICHOLAS MATHEW, | ) ) ) ) ) ) |
| Defendants. | ) |

## **APPEARANCE**

Come now John F. Kautzman, Andrew R. Duncan, and Edward J. Merchant of the law firm of Ruckelshaus, Kautzman, Blackwell, Bemis, Duncan & Merchant, LLP and enter their Appearance on behalf of Steven Sanchez, Adam Ahmad, Dominque Clark, Jordan Bull, Nicholas Mathew and Matthew Virt in the above captioned cause of action.

Respectfully submitted,

RUCKELSHAUS, KAUTZMAN, BLACKWELL,
BEMIS, DUNCAN & MERCHANT, LLP

By: S/ John F. Kautzman
    John F. Kautzman, #5544-49

By: S/ Andrew R. Duncan
    Andrew R. Duncan, #26349-49

By: S/ Edward J. Merchant
    Edward J. Merchant, #26882-49

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2022, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Richard A. Waples, #2132-49
    WAPLES & HANGER

    Israel Nunez Cruz, #18319-49
    CRUZ LAW FIRM

    Anthony W. Overholt, #16481-49
    Amy Sewart Johnson, #16257-49
    Stephanie V. McGowan, #30759-59
    FROST BROWN TODD, LLC

    Brandon E. Beeler, #28213-49
    OFFICE OF CORPORATION COUNSEL


                                          By: S/ John F. Kautzman
                                                John F. Kautzman, #5544-49


John F. Kautzman, #5544-49
Andrew R. Duncan, #26349-49
Edward J. Merchant, #26882-49
RUCKELSHAUS, KAUTZMAN, BLACKWELL,
BEMIS, DUNCAN & MERCHANT, LLP
135 N. Pennsylvania Street, Suite #1600
Indianapolis, IN 46204
Telephone:  (317) 634-4356
jfk@rkblegalgroup.com
ard@rkblegalgroup.com
ejm@rkblegalgroup.com