# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF HERMAN WHITFIELD, III, | ) CASE NO. 1:22-cv-01246 SEB-MJD |
| Plaintiff, | ) |
| v. | ) |
| THE CITY OF INDIANAPOLIS, STEVEN SANCHEZ, ADAM AHMAD, MATTHEW VIRT, DOMINIQUE CLARK, JORDAN BULL, and NICHOLAS MATHEW, | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants, by counsel, having moved the Court for a 28-day extension of time to respond to Plaintiff's First Request for Production of Documents, and the Court having reviewed the same and duly advised, now GRANTS the Defendants' Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendants' response to Plaintiff's First Request for Production of Documents is extended to and including December 5, 2022.

DATED:_____    _____
JUDGE, United States District Court
Southern District of Indiana
Indianapolis Division

*Distribution to all counsel of record via the Court's efiling system.*

LR02314.0754710   4894-7209-9389v1