UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE ESTATE OF HERMAN WHITFIELD, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01246-SEB-MJD |
| | ) | |
| THE CITY OF INDIANAPOLIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER
HEARING
HON. MAGISTRATE JUDGE MARK J. DINSMORE**

Defendants' Motion for Extension of Time to Respond to Plaintiff's First Request for

Production of Documents. [Dkt. 36] is set for an in-person hearing on **Monday, November 21,**

**2022 at 1:45 p.m. (Eastern), in Courtroom 270**, United States Courthouse, 46 E. Ohio Street,

Indianapolis, Indiana.  The parties are ordered to appear by counsel.

SO ORDERED.

Dated:  8 NOV 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.