UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE ESTATE OF HERMAN WHITFIELD, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01246-SEB-MJD |
| | ) | |
| THE CITY OF INDIANAPOLIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to File Amended

Complaint. [Dkt. 31.] The Court, being duly advised, and having confirmed that Defendants will

not object to Plaintiff's request [*see* Dkt. 37], hereby **GRANTS** the motion.  On or before

**November 14, 2022**, Plaintiff shall file the Amended Complaint in substantially similar format

as is attached to Plaintiff's Motion for Leave. [Dkt. 31-1.]

SO ORDERED.

Dated:  10 NOV 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.