UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE ESTATE OF HERMAN WHITFIELD, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01246-SEB-MJD |
| | ) | |
| THE CITY OF INDIANAPOLIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR NOVEMBER 21, 2022**
**HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties by counsel for an in-person hearing on Defendants' Motion for Extension of Time to Respond to Plaintiff's First Request for Production of Documents. [Dkt. 33.] The Court heard the parties' arguments on the motion. The Court hereby **GRANTS IN PART** and **DENIES IN PART** the motion. Defendants shall respond to Plaintiff's First Request for Production of Documents on or before **November 28, 2022**; **no further enlargement of that deadline will be granted**. However, if Defendants file a motion to stay discovery by that deadline, Defendants' response to Plaintiff's First Request for Production of Documents shall be due **three business days** after the Court's ruling on that motion and/or the lifting of any stay that might be issued affecting that response.

Dated: 21 NOV 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.