Chief Randal Taylor Text Messages

Messages - Chief's Notification Group

iMessage
4/25/22, 5:03 AM

**Matthew Thomas**

CIRT-
3720 Marrison place, in-custody death possible mental/emotional. Family uncooperative. Suspect is 39yr B/M.

I'm heading out there.

4/25/22, 6:26 AM

**Joshua Barker**

Spoke to A1:
Sounds like son was exhibiting some type of violent physical/mental distress. What we would consider excited delirium. There was evidence of drug ingestion but unknown what type.

Officers used a taser to gain control and you know the rest. Parents left the scene at one point to go to hospital then dad returned. Refusing any cooperation at the moment.

I will shore up number if officers involved but they will be on admin duty pending an executive review. We will know more once we see BWC and execute search warrant on residence. Though at this point evidence may be destroyed.

**Kendale Adams**

Liked "Spoke to A1:
Sounds like son was exhibiting some type of violent physical/mental distress. What we would consider excited delirium. There was evidence of drug ingestion but unknown what type.

Officers used a taser to gain control and you know the rest. Parents left the scene at one point to go to hospital then dad returned. Refusing any cooperation at the moment.

I will shore up number if officers involved but they will be on admin duty pending an executive review. We will know more once we see BWC and execute search warrant on residence. Though at this point evidence may be destroyed. "

**Matthew Thomas**

Typing up the Involved/Witnessing now.

Chaplain onscene VA enroute



PLAINTIFF'S
EXHIBIT

6
_____

Chief Randal Taylor Text Messages

Messages - Chief's Notification Group

Kendale Adams

Liked "Typing up the Involved/Witnessing now.

Chaplain onscene VA enroute"

Catherine Cummings

Thank you.

Joshua Barker

The following officers were involved (hands on)
Sanchez
Ahmad
Nick Matthews (RO)

Dominque Clark and Bull were in the room but didn't go hands on.

I recommend we follow OIS procedures and place the involved officers on admin leave pending wellness checks.

Witness officers can remain full duty.

Christopher L. Bailey

Thank you, I concur with that

Joshua Barker

Liked "Thank you, I concur with that "

Matthew Thomas

Per SGT Black Involved:
-S. Sanchez A356 (Taser)
-A. Ahmad A324
-M. Virt A346
-N. Matthews 1630

Wit:
-D. Clark A354
-J. Bull A320 (1630 FTO)

CITY_000208

**Joshua Barker**

Liked "Per SGT Black Involved:
-S. Sanchez A356 (Taser)
-A. Ahmad A324
-M. Virt A346
-N. Matthews 1630

Wit:
-D. Clark A354
-J. Bull A320 (1630 FTO)"

**Val Cunningham**

Thank you.

**Christopher L. Bailey**

Matt, can you please share the BWC video with us in AvailWeb please?

**Joshua Barker**

Intel is clear and will start monitoring for any derogatory info

**Matthew Thomas**

Yes. Will do.

**Matthew Thomas**

Crime lab has just started processing house.

**Matthew Thomas**

Update. We will move Bull on list from witnessing to involved.

**Joshua Barker**

Clear

**Catherine Cummings**

I will let FTO know he will be on Admin Leave.

**Matthew Thomas**

Now all six on list are considered involved.

**Joshua Barker**

Clear

**Val Cunningham**

Clear for Wellness on all 6

Christopher L. Bailey

Please send me the decedents name.

Kendale Adams

Herman Whitfield B/M/█████████

Kendale Adams

Sorry the decedent is the III

Christopher L. Bailey

Thanks

                                        4/25/22, 10:22 AM

Joshua Barker

MCAT has no documented interactions that they can find.

Matthew Thomas

Clear thank you

CITY_000210

Messages - Chief's Notification Group        Chief Randal Taylor Text Messages

iMessage
4/25/22, 1:55 PM

Joshua Barker
Did CIRT recover Sanchez's taser?

Matthew Thomas
Yes that was supposed to happen let me confirm

Joshua Barker
Thanks. Just want to note the mark off accurately.

Joshua Barker
I'm sure they did.

Matthew Thomas
Yes property room and it has been downloaded at range. Two full five second cycles

Joshua Barker
Liked "Yes property room and it has been downloaded at range. Two full five second cycles"

CITY_000211

Chief Randal Taylor Text Messages

Messages - Chief's Notification Group

iMessage
4/27/22, 3:04 PM

**Matthew Thomas**

New developments from MCCO second meeting with Sgt. Duke.

Herman Whitfield III was found to be 6'2" and 389.5lbs

███████████████████████

MCCO has a grant to send all suspected synthetic cannabis cases to a specific local lab that has a 2 week turnaround. ████████████
████████

**Christopher L. Bailey**

What about the rest of the tox?

**Matthew Thomas**

███████████████████████

███████████████████████

███████████████████████

**Kendale Adams**

6 to 8 weeks

**Matthew Thomas**

2 weeks

**Kendale Adams**

Matt did they put a rush on the results?

**Matthew Thomas**

No. To be consistent with the grant they have for synthetics they sent the fluid and tissue to the local lab, not ISP for the tox. It has a two week turnaround.

**Kendale Adams**

Clear.

CITY_000212

Messages - Chief's Notification Group

Chief Randal Taylor Text Messages

Christopher L. Bailey

Thanks

Catherine Cummings

Thank you.

CITY_000213

Chief Randal Taylor Text Messages

Messages - Chief's Notification Group

iMessage
6/14/22, 6:29 PM

Matthew Thomas



CITY_000214

Chief Randal Taylor Text Messages

Messages - Christopher L. Bailey

iMessage
6/22/22, 8:20 AM



CITY_000215

Assistant Chief Christopher Bailey's Text Messages

Messages - Alex Middleton

Text message
4/25/22, 8:50 AM

Herman Whitfield B/M

**CITY_000216**

Messages - Chief's Notification Group
Assistant Chief Christopher Bailey's Text Messages

iMessage
4/25/22, 8:49 AM

Kendale Adams

Herman Whitfield B/M/ █████████

4/27/22, 3:04 PM

Matt Thomas

New developments from MCCO second meeting with Sgt. Duke.

Herman Whitfield III was found to be 6'2" and 389.5lbs

███████████████ ████████████

MCCO has a grant to send all suspected synthetic cannabis cases to a specific local lab that has a 2 week turnaround. ████████████
███████████

CITY_000217

Assistant Chief Christopher Bailey's Text Messages

Messages - Chief's Notification Group

iMessage
4/25/22, 8:49 AM

Kendale Adams



6/14/22, 6:29 PM

Matt Thomas



6/22/22, 4:02 PM

Joshua L. Barker



6/30/22, 7:32 PM

Kendale Adams

CITY_000218

Assistant Chief Christopher Bailey's Text Messages

iMessage
4/25/22, 5:03 AM

**Matt Thomas**

CIRT-
3720 Marrison place, in-custody death possible mental/emotional. Family uncooperative. Suspect is 39yr B/M.

I'm heading out there.

4/25/22, 6:26 AM

**Joshua L. Barker**

Spoke to A1:
Sounds like son was exhibiting some type of violent physical/mental distress. What we would consider excited delirium. There was evidence of drug ingestion but unknown what type.

Officers used a taser to gain control and you know the rest. Parents left the scene at one point to go to hospital then dad returned. Refusing any cooperation at the moment.

I will shore up number if officers involved but they will be on admin duty pending an executive review. We will know more once we see BWC and execute search warrant on residence. Though at this point evidence may be destroyed.

**Kendale Adams**

Liked "Spoke to A1:
Sounds like son was exhibiting some type of violent physical/mental distress. What we would consider excited delirium. There was evidence of drug ingestion but unknown what type.

Officers used a taser to gain control and you know the rest. Parents left the scene at one point to go to hospital then dad returned. Refusing any cooperation at the moment.

I will shore up number if officers involved but they will be on admin duty pending an executive review. We will know more once we see BWC and execute search warrant on residence. Though at this point evidence may be destroyed. "

**Matt Thomas**

Typing up the Involved/Witnessing now.

Chaplain onscene VA enroute

CITY_000219

Messages - Chief's Notification Group    Assistant Chief Christopher Bailey's Text Messages

**Kendale Adams**

Liked "Typing up the Involved/Witnessing now.

Chaplain onscene VA enroute"

**Catherine Cummings**

Thank you.

**Joshua L. Barker**

The following officers were involved (hands on)
Sanchez
Ahmad
Nick Matthews (RO)

Dominque Clark and Bull were in the room but didn't go hands on.

I recommend we follow OIS procedures and place the involved officers on admin leave pending wellness checks.

Witness officers can remain full duty.

Thank you, I concur with that

**Joshua L. Barker**

Liked "Thank you, I concur with that "

**Matt Thomas**

Per SGT Black Involved:
-S. Sanchez A356 (Taser)
-A. Ahmad A324
-M. Virt A346
-N. Matthews 1630

Wit:
-D. Clark A354
-J. Bull A320 (1630 FTO)

**Joshua L. Barker**

Liked "Per SGT Black Involved:
-S. Sanchez A356 (Taser)
-A. Ahmad A324
-M. Virt A346
-N. Matthews 1630

Wit:
-D. Clark A354
-J. Bull A320 (1630 FTO)"

CITY_000220

Messages - Chief's Notification Group    Assistant Chief Christopher Bailey's Text Messages

Val Cunningham
Thank you.

Matt, can you please share the BWC video with us in AvailWeb please?

Joshua L. Barker
Intel is clear and will start monitoring for any derogatory info

Matt Thomas
Yes. Will do.

Matt Thomas
Crime lab has just started processing house.

Matt Thomas
Update. We will move Bull on list from witnessing to involved.

Joshua L. Barker
Clear

Catherine Cummings
I will let FTO know he will be on Admin Leave.

Matt Thomas
Now all six on list are considered involved.

Joshua L. Barker
Clear

Val Cunningham
Clear for Wellness on all 6

Please send me the decedents name.

Kendale Adams
Sorry the decedent is the lll

Thanks

4/25/22, 10:22 AM

Joshua L. Barker
MCAT has no documented interactions that they can find.

Assistant Chief Christopher Bailey's Text Messages

Messages - Chief's Notification Group

Matt Thomas

Clear thank you

CITY_000222

Assistant Chief Christopher Bailey's Text Messages

Messages - Chief's Notification Group

iMessage
4/25/22, 1:55 PM

Joshua L. Barker

Did CIRT recover Sanchez's taser?

Matt Thomas

Yes that was supposed to happen let me confirm

Joshua L. Barker

Thanks. Just want to note the mark off accurately.

Joshua L. Barker

I'm sure they did.

Matt Thomas

Yes property room and it has been downloaded at range. Two full five second cycles

Joshua L. Barker

Liked "Yes property room and it has been downloaded at range. Two full five second cycles"

4/25/22, 4:44 PM

We will have staff with just the DCs and attorneys tomorrow at 10z please have Cmdr. Thomas there. We will discuss the in-custody

Joshua L. Barker

Clear

Matt Thomas

Clear.

CITY_000223

Assistant Chief Christopher Bailey's Text Messages

Messages - Chief's Notification Group

iMessage
4/26/22, 12:43 PM

Matt Thomas

Update from Sgt. Duke on CIRT

███████████████████

████████████████████████

Clear. Thank you

**CITY_000224**

Assistant Chief Christopher Bailey's Text Messages

Messages - Chief's Notification Group

iMessage
4/27/22, 3:04 PM

**Matt Thomas**

New developments from MCCO second meeting with Sgt. Duke.

Herman Whitfield III was found to be 6'2" and 389.5lbs

████████████████████████████████
████████████████████

MCCO has a grant to send all suspected synthetic cannabis cases to a specific local lab that has a 2 week turnaround. ████████████████
████████████████████

> What about the rest of the tox?

**Matt Thomas**

████████████████████████████████████
██████████████████

████████████████████████████████
████████████████

██████████████████████████████
█████████████

**Kendale Adams**

6 to 8 weeks

**Matt Thomas**

2 weeks

**Kendale Adams**

Matt did they put a rush on the results?

**Matt Thomas**

No. To be consistent with the grant they have for synthetics they sent the fluid and tissue to the local lab, not ISP for the tox. It has a two week turnaround.

**Kendale Adams**

Clear.

> Thanks

CITY_000225

Assistant Chief Christopher Bailey's Text Messages

Messages - Chief's Notification Group

iMessage
4/28/22, 12:19 PM

Val Cunningham

As wellness starts to meet with the officers from the in custody the officers are asking about public release of the BWC video and when that might happen.   Do we have a timeline that wellness can share ?.

Catherine Cummings

The first release of video would be anything contained in the professional video being created now, correct?

Val Cunningham

That was my assumption when I posed the question. The professionally done video for public release

At the earliest next Wednesday, but probably after that. No set date

Val Cunningham

Sorry for all the questions.  Will there be a viewing planned for the involved officers prior to public release similar to what DC Barker has done on OIS?

Yes, same procedure will be followed. They should expect a phone call from the chief today as well.

Val Cunningham

Thank you!

CITY_000226

Assistant Chief Christopher Bailey's Text Messages

Messages - Chief's Notification Group

iMessage
6/14/22, 6:29 PM

Matt Thomas



**CITY_000227**

Assistant Chief Christopher Bailey's Text Messages

Messages - Chief's Notification Group

iMessage
6/22/22, 4:02 PM

Joshua L. Barker

**CITY_000228**

Assistant Chief Christopher Bailey's Text Messages

iMessage
6/30/22, 7:32 PM

Kendale Adams



CITY_000229

Assistant Chief Christopher Bailey's Text Messages

Messages - Matt Thomas

iMessage
7/16/22, 6:21 PM

CITY_000230

Assistant Chief Christopher Bailey's Text Messages

Messages - Matt Thomas

iMessage
7/16/22, 6:20 PM



**CITY_000231**

Assistant Chief Christopher Bailey's Text Messages

Messages - Randy Taylor

iMessage
6/22/22, 8:20 AM



Assistant Chief Christopher Bailey's Text Messages

Messages - Vic Ryckaert

iMessage
5/25/22, 6:01 PM

I've been working on that clinician led response story and do you know when the department will be releasing the body cam and other info on the Whitfield death?

I do not have a date.

6/10/22, 12:36 PM



**CITY_000233**

Assistant Chief Christopher Bailey's Text Messages

Messages - Chief's Notification Group

iMessage
4/28/22, 3:34 PM

Randy Taylor

All officers involved in the in custody death investigation have been contacted ref. release of their names.

Val Cunningham

Thank you Chief

Catherine Cummings

Clear, Chief.

Joshua L. Barker

Liked "All officers involved in the in custody death investigation have been contacted ref. release of their names. "

**CITY_000234**



Eli ›

Mon, Apr 25 at 4:58 AM

Apparently the family is now uncooperative with the officers. The refused to open the door or talk to us and then drive out of the garage, possibly nrt to the hospital.

Ok

And he's 10-0 right?

Yes

Decedent is Herman Whitfield III,

████████████

Waiting on race

He is a black male

1:28





**SV**

Sgt Paul ›

Mon, Apr 25 at 4:49 PM

Can u send me the PII on the deceased? I dont have it. I just got officers names and didnt know which name in CAD was confirmed to be his.

10/29/1982 Herman Whitfield III

Thank u

Mon, Apr 25 at 5:51 PM

Initial look: I do think that Whitfield is the concert pianist. BMV pic and online pics are pretty close. He was featured in Nuvo in 2009 for a free concert at Arts Garden. Everything on his Youtube page is 5-12

Text Message

  

      

CITY_000236

1:28

 

Sgt Paul >

was featured in Nuvo in 2009 for a free concert at Arts Garden. Everything on his Youtube page is 5-12 years old...and there is nothing I can find yet on other social media. He doesnt appear to have any other social media...still looking.

There is no way to know how well connected he was in the arts community.  His YouTube page only had 43 subscribers and its old. His social media presence seems very minimal

Thank you. Very helpful.

Wish I knew more, but there isnt much on this guy

Text Message

  

      

CITY_000237

Deputy Chief Catherine Cummings' Text Msgs

Messages - Aaron Snyder Personal Snyder Personal Cell

iMessage
10/13/22, 8:49 AM



**CITY_000238**

Deputy Chief Kendale Adams' Text Msgs

Messages - Aaron J. Hamer

iMessage
5/17/22, 3:08 PM

Hey! Whose reaching out to the attorney and family? Are we still doing it together?

Feel free. I'm just keeping the family informed of next steps so they have some info.

Let's talk through it. I'm on a meeting. Can I call you after 4:00

Sure.

Have you spoken to the family to keep them informed?

On next steps

Just through the attorney on the anticipated next steps. Didn't know until yesterday that we are not doing a CIV this week so informed him/them of that.

5/31/22, 10:50 AM

When are we meeting with the in custody family?

6/1/22, 1:28 PM

Aaron it appears we are confirmed for Friday with the Whitfield family 1000hrs in the ADMN conference room. Can you secure the resources of yourself and VA and Chaplains. Toby and them had asked to be involved as well…

CITY_000239

Deputy Chief Kendale Adams' Text Msgs

Messages - Alfie Ballew

Text message
4/26/22, 7:48 AM

The Pathologist and I have a question about the in custody death from yesterday. We are meeting now discussing the case can I call you in 15 minutes?

Call when free

4/26/22, 10:46 AM



CITY_000240

Deputy Chief Kendale Adams' Text Msgs

Messages - Alfie Ballew

4/27/22, 3:12 PM

In a mtg. I'll call you back shortly



5/2/22, 11:44 AM



5/9/22, 3:58 PM



5/23/22, 9:48 AM

CITY_000241

Deputy Chief Kendale Adams' Text Msgs

Messages - Alfie Ballew



5/24/22, 12:29 PM

5/25/22, 4:09 PM

5/31/22, 9:44 AM

6/6/22, 2:54 PM



6/8/22, 1:41 PM

CITY_000242

Deputy Chief Kendale Adams' Text Msgs

Messages - Alfie Ballew



6/9/22, 9:41 AM

**CITY_000243**

Messages - Catherine Cummings

Deputy Chief Kendale Adams' Text Msgs

iMessage
6/1/22, 11:34 AM

Cat, can you see if Kulig is available on Friday starting at 1000hrs? We are planning on showing the Whitfield family a version of the CIV and have available for them the relevant BWC should they want to review it. Having Kulig there would help ease the technological gap of navigating all the included BEC videos. Working on securing the Admin conference room.

Go ahead and reach out to him directly.  I am in back to back meetings and unable to contact him now.  Sorry.

Clear, thank you.

CITY_000244

iMessage
4/25/22, 5:03 AM

Matthew C. Thomas

CIRT-
3720 Marrison place, in-custody death possible mental/emotional. Family uncooperative. Suspect is 39yr B/M.

I'm heading out there.

4/25/22, 6:26 AM

Joshua L. Barker

Spoke to A1:
Sounds like son was exhibiting some type of violent physical/mental distress. What we would consider excited delirium. There was evidence of drug ingestion but unknown what type.

Officers used a taser to gain control and you know the rest. Parents left the scene at one point to go to hospital then dad returned. Refusing any cooperation at the moment.

I will shore up number if officers involved but they will be on admin duty pending an executive review. We will know more once we see BWC and execute search warrant on residence. Though at this point evidence may be destroyed.

Liked "Spoke to A1:
Sounds like son was exhibiting some type of violent physical/mental distress. What we would consider excited delirium. There was evidence of drug ingestion but unknown what type.

Officers used a taser to gain control and you know the rest. Parents left the scene at one point to go to hospital then dad returned. Refusing any cooperation at the moment.

I will shore up number if officers involved but they will be on admin duty pending an executive review. We will know more once we see BWC and execute search warrant on residence. Though at this point evidence may be destroyed. "

Matthew C. Thomas

Typing up the Involved/Witnessing now.

Chaplain onscene VA enroute

Liked "Typing up the Involved/Witnessing now.

Chaplain onscene VA enroute"

CITY_000245

Messages - Chief's Notification Group

Deputy Chief Kendall Adams' Text Msgs

Catherine Cummings

Thank you.

Joshua L. Barker

The following officers were involved (hands on)
Sanchez
Ahmad
Nick Matthews (RO)

Dominque Clark and Bull were in the room but didn't go hands on.

I recommend we follow OIS procedures and place the involved officers on admin leave pending wellness checks.

Witness officers can remain full duty.

Christopher Bailey

Thank you, I concur with that

Joshua L. Barker

Liked "Thank you, I concur with that "

Matthew C. Thomas

Per SGT Black Involved:
-S. Sanchez A356 (Taser)
-A. Ahmad A324
-M. Virt A346
-N. Matthews 1630

Wit:
-D. Clark A354
-J. Bull A320 (1630 FTO)

Joshua L. Barker

Liked "Per SGT Black Involved:
-S. Sanchez A356 (Taser)
-A. Ahmad A324
-M. Virt A346
-N. Matthews 1630

Wit:
-D. Clark A354
-J. Bull A320 (1630 FTO)"

Valerie Cunningham

Thank you.

CITY_000246

Messages - Chief's Notification Group

Deputy Chief Kendale Adams' Text Msgs

Christopher Bailey

Matt, can you please share the BWC video with us in AvailWeb please?

Matthew C. Thomas

Crime lab has just started processing house.

Matthew C. Thomas

Update. We will move Bull on list from witnessing to involved.

Joshua L. Barker

Clear

Catherine Cummings

I will let FTO know he will be on Admin Leave.

Matthew C. Thomas

Now all six on list are considered involved.

Joshua L. Barker

Clear

Valerie Cunningham

Clear for Wellness on all 6

Christopher Bailey

Please send me the decedents name.

Herman Whitfield B/M ████████

Sorry the decedent is the III

Christopher Bailey

Thanks

4/25/22, 10:22 AM

Joshua L. Barker

MCAT has no documented interactions that they can find.

Matthew C. Thomas

Clear thank you

CITY_000247

Messages - Israel Nuñez Cruz

Deputy Chief Kendale Adams' Text Msgs

iMessage
4/26/22, 12:01 PM

Good morning,

Will you please forward Sgt. Duke's phone number.  I would like to set up a time to have him take the statements of Mr. and Mrs. Whitfield.  Thank you.

Sure, who is this?

Israel Nuñez Cruz

Sorry had a different number ▆▆▆

Had a different number for you I meant.

This is my cell.  Thank you.

Got it saved.

I have tried calling the number, but all I get is a busy time.  Do you by chance have another number.  Thanks

Dang it, sorry, try ▆▆▆

Thank you

4/27/22, 11:25 AM

Israel, Kendale, when you get a moment, please hit me up. It's just an FYI kinda exchange.

4/27/22, 1:21 PM

Involved Officers,

Include the following, Steven Sanchez (taser), Adam Ahmad, Matthew Virt, Dominique Clark, Jordan Bull, and Nicholas Matthew. Sorry 6 officers.

5/2/22, 7:18 PM

Israel, I saw you called. Did you need anything?

Thanks for reaching, but I inadvertently dialed you.  Thanks again.

Clear, thank you.

Deputy Chief Kendale Adams' Text Msgs

Messages - Israel Nuñez Cruz

5/10/22, 1:49 PM

Good afternoon Kendale,

Would you please give me a call when you are available?  Thanks

Sure give me just a few…

5/23/22, 7:57 AM

Good morning,

I have not heard from the  IMPD Officer about setting up time to view the
body cam videos.  This Friday would be good for the family.  Can we
make that happen?   Thanks.

5/23/22, 9:48 AM

Yes sir we will make that happen. I'll be traveling Friday but I'm not
needed. Do you have a preferred time?

Is the family wanting to view all 6 hours or just relevant portions of the
BWC?

5/24/22, 7:14 AM

Israel, just want to confirm that Friday and a time? Can you let me know
so that I can ensure things are in place in my absence.

My apology for the delayed response.  I started a MR trial yesterday.
Friday at 11:30 am.  We would like all 6 hours available for viewing.
However, based on my experience, I suspect the family will only see
portions of each of the videos.

Will the critical incident video also be available?

Thanks

5/24/22, 8:53 AM

Clear will work on logistics and yes on the critical incident video.

5/24/22, 7:36 PM

Good evening Israel, it appears Friday will not be a good day. Can you
check the following Friday (June 3) if that would work. Thursday is open
as well. Nothing is being released until the family has had the opportunity
to review the videos to include the CIV.

I will consult with the family.  Thank you.

CITY_000249

Deputy Chief Kendale Adams' Text Msgs

Messages - Israel Nuñez Cruz

Clear, thank you.

5/26/22, 11:26 AM

Good morning,

Friday, June 3 works.  Can we start at 9:30-10:00 am?

Let me check but that should work.

Thank you

6/1/22, 12:31 PM

Good Afternoon,

Just checking in to make sure we are good for this Friday starting at 9:30-10:00 am.  Thank you.

Confirming details for Friday starting at 10:00 am here at CCB on the second floor of the East wing.

Thank you

6/1/22, 10:45 PM

Israel, since the inception of the Critical Incident Video (CIV) a trusted community member (Tobby Miller or Horatio Luster) have offered to sit with the family as a show of support, compassion and concern from a community lens. Is this something the family would want in this moment?

6/2/22, 3:05 PM

Any word back from the family on the community support portion of this process?

Yes.  While they appreciate the offer of support, they have declined the offer.  Thank you.

Perfect, thank you.

6/3/22, 9:35 AM

Israel, let me know when you guys are downstairs and I'll walk you in.

Good morning,

They should be there shortly.  I have a conflict with the 10 am, so Rich is accompanying the Whitfields. I have asked him to call you when he is downstairs.

CITY_000250

Messages - Israel Nuñez Cruz

Deputy Chief Kendale Adams' Text Msgs

Okay thank you.

6/28/22, 9:42 AM

GM Israel, just FYI, we plan to release the Critical Incident Video later this afternoon.

6/28/22, 11:49 AM

Thank you for the notice.  Mr. and Mrs. Whitfield object to the release of the Critical Incident Video.  We are asking that all of the available videos be released in lieu of a compilation.

Not withstanding our position, if you are going to release the video, we would like a copy.  I can come by and pick up a copy right now if you are available.

It will be available via our public platform once it's released. You should be able to retrieve a copy from the platform (YouTube).

I understand the position of the family and will share that sentiment with the Chief.

Delivered

CITY_000251

Messages - Joshua L. Barker

Deputy Chief Kendale Adams' Text Msgs

iMessage
6/1/22, 11:22 AM

Josh, Mr. Whitfield's family is coming in on Friday to watch the BWC videos. Can you schedule with the officers to ensure they've viewed the latest version of the CIV. We are not releasing the CIV on Friday just showing the family.

6/1/22, 1:38 PM

Sure

Thing to keep in mind, the raw and un-finalized copy of the CIV is subject to change once we have the finalized copy of the toxicology report expected next week.

6/1/22, 3:40 PM

Clear. We will have to let them rewatch the final version prior to public release.

That's fine I just imagine it will come up in your initial review.

CITY_000252

Deputy Chief Kendale Adams' Text Msgs

Messages - Lauren Rodriguez

iMessage
8/31/22, 5:45 PM



**CITY_000253**

Deputy Chief Kendale Adams' Text Msgs

Messages - Lisa Brown & Patrica Holman

Text message
6/2/22, 9:44 AM

The calendar invite Aaron sent indicated today but it should be for tomorrow at 1000hrs for the Whitfield family.

Patrica Holman

Liked "The calendar invite Aaron sent indicated today but it should be for tomorrow at 1000hrs for the Whitfield family."

Lisa Brown

Thank you

CITY_000254

Messages - Matthew C. Thomas & Roger Spurgeon

Deputy Chief Kendale Adams' Text Msgs

iMessage
6/28/22, 4:18 PM

Roger Spurgeon



CITY_000255

Messages - Matthew C. Thomas & Roger Spurgeon    Deputy Chief Kendale Adams' Text Msgs

iMessage
6/28/22, 4:18 PM

Roger Spurgeon



6/30/22, 7:25 PM

Roger Spurgeon



CITY_000256

Deputy Chief Kendale Adams' Text Msgs

Messages - Matthew C. Thomas

iMessage
4/27/22, 11:19 AM

Hamer requesting contact information for Mr. Whitfields' parents or lawyer if that's all we have

Okay

Do you have that already?

Yes. Just sent it to Hamer.

CITY_000257

Deputy Chief Kendale Adams' Text Msgs

Messages - Matthew C. Thomas

iMessage
6/20/22, 3:37 PM



CITY_000258

Deputy Chief Kendale Adams' Text Msgs

Messages - Michael Wolley

iMessage
7/20/22, 7:30 PM



CITY_000259

Commander Michael Wolley's Text Messages

Messages - Kendale Adams

iMessage
7/20/22, 7:27 PM



CITY_000260