# **EXHIBIT 3**

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## State of Indiana v. Adam Ahmad

| | |
|---|---|
| Case Number | 49D29-2304-F5-010447 |
| Court | Marion Superior Court 29 |
| Type | F5 - Felony 5 |
| Filed | 04/13/2023 |
| Status | 04/13/2023 , Pending  (active) |
| Reference | Prosecutor Case Management Number<br>49D29-DM2494808 |
| Related | Co-Defendant Case<br>49D29-2304-F5-010443 |

## Parties to the Case

**Defendant   Ahmad, Adam**

<u>Description</u>
Male, White

<u>Address</u>
IMPD 50 N. Alabama
Indianapolis, IN 46204

<u>Attorney</u>
John Fredrick Kautzman
*#554449, Lead, Retained*

135 N Pennsylvania Street
STE 1600
Indianapolis, IN 46204
317-634-4356(W)

<u>Attorney</u>
Edward Joseph Merchant
*#2688249, Retained*

135 N Pennsylvania ST
Indianapolis, IN 46204
317-634-4356(W)

**State**           State of Indiana
**Plaintiff**

Attorney
Daniel Joseph Cicchini
*#2920349, Lead*

251 E Ohio ST
STE 160
Indianapolis, IN 46204
317-327-5344(W)

Attorney
Ryan Wilson Mears
*#2648649*

251 E Ohio St
Suite 160
Indianapolis, IN 46228
317-327-3522(W)

Attorney
Celita Lynn Scott
*#3182049*

251 East Ohio St.
Suite 160
Indianapolis, IN 46204
317-327-7925(W)

## Charges

| 01 | 04/25/2022 | 35-42-1-4(b)(3)/F5:Involuntary Manslaughter Death occurs while Def commits or attempts to commit bat |
|---|---|---|
| | Statute | 35-42-1-4(b)(3) |
| | Degree | F5 |

| 02 | 04/25/2022 | 35-42-1-5/F5: Reckless Homicide-Use when offense is not committed by using a motor vehicle |
|---|---|---|
| | Statute | 35-42-1-5 |
| | Degree | F5 |

| 03 | 04/25/2022 | 35-42-2-1(c)(1)/F5: Battery Resulting in Serious Bodily Injury |
|---|---|---|
| | Statute | 35-42-2-1(c)(1) |
| | Degree | F5 |

| 04 | 04/25/2022 | 35-42-2-1(c)(1)/F6: Battery Resulting in Moderate Bodily Injury |
|---|---|---|
| | Statute | 35-42-2-1(c)(1) |
| | Degree | F6 |

| 05 | 04/25/2022 | 35-42-2-1(c)(1)/MB: Battery |
|---|---|---|
| | Statute | 35-42-2-1(c)(1) |
| | Degree | MB |

## Bonds

04/14/2023    Marion Corporate Surety Bond

| Bond # | VBG-007165 |
|---|---|
| Amount | $15,000.00 |
| Status | 04/14/2023 - Surety Bond Received By Clerk |

## Chronological Case Summary

04/13/2023    **Case Opened as a New Filing**

| | | |
|---|---|---|
| 04/13/2023 | **Case Filed Electronically** <br> Added By EFile Manager | |
| 04/13/2023 | **Motion for No Contact Order Filed** <br> No Contact Order MOTION | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/13/2023 |
| 04/13/2023 | **Notice Filed** <br> LR49-CR2.3-101 Case Consolidation Notice | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/13/2023 |
| 04/13/2023 | **Appearance Filed** <br> Appearance Form | |
| | For Party: | State of Indiana |
| | File Stamp: | 04/13/2023 |
| 04/13/2023 | **Discovery Filed** <br> Criminal History | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/13/2023 |
| 04/13/2023 | **Indictment Filed** <br> Indictment | |
| | Petitioner: | State of Indiana |
| | Date 2: | 04/13/2023 |
| 04/13/2023 | **Appearance Filed** <br> Appearance | |
| | For Party: | Ahmad, Adam |
| | File Stamp: | 04/13/2023 |
| 04/13/2023 | **Hearing Scheduling Activity** <br> Initial Hearing scheduled for 04/14/2023 at 10:00 AM. | |
| 04/14/2023 | **Initial Hearing** <br> Session: <br> 04/14/2023 10:00 AM, Judicial Officer: Miller, Charles F. | |
| | Result: | Commenced and concluded |
| 04/14/2023 | **Automated ENotice Issued to Parties** <br> Hearing Scheduling Activity ---- 4/13/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears | |
| 04/14/2023 | **Temporary Appearance Filed** <br> Appearance Form, Second Chair | |
| | For Party: | State of Indiana |
| | File Stamp: | 04/14/2023 |
| 04/14/2023 | **Hearing Journal Entry** <br> State by Dan Cicchini and Celita Scott. Defendant in person and by counsel John Kautzman and Ed Merchant | |
| | Judicial Officer: | Miller, Charles F. |
| 04/14/2023 | **Hearing Journal Entry** <br> Defendant out of custody | |
| | Judicial Officer: | Miller, Charles F. |
| 04/14/2023 | **Hearing Journal Entry** <br> Defendant waives formal reading of information and penalties | |
| | Judicial Officer: | Miller, Charles F. |
| 04/14/2023 | **Court Sets Bond** <br> $15,000 SR | |
| | Judicial Officer: | Miller, Charles F. |
| | Party: | Ahmad, Adam |

| | | |
|---|---|---|
| 04/14/2023 | **No Contact Order Issued** | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 04/14/2023 |
| 04/14/2023 | **Hearing Journal Entry** | |
| | No firearms, deadly weapons, or ammunition outside of residence | |
| | Judicial Officer: | Miller, Charles F. |
| 04/14/2023 | **Omnibus Date** | |
| | 6-3-23 | |
| 04/14/2023 | **Order Issued** | |
| | Order for Processing | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 04/14/2023 |
| 04/14/2023 | **Hearing Scheduling Activity** | |
| | Pretrial Conference scheduled for 07/05/2023 at 9:00 AM. | |
| 04/14/2023 | **Hearing Scheduling Activity** | |
| | Jury Trial scheduled for 07/11/2023 at 9:00 AM. | |
| 04/14/2023 | **Administrative Event** | |
| | minute sheet 4-14-23 | |
| 04/14/2023 | **Surety Bond Entered in Clerk's Office** | |
| 04/14/2023 | **Advisement of Rights Conducted** | |
| | Judicial Officer: | Miller, Charles F. |
| 04/14/2023 | **Order on Initial Hearing** | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 04/14/2023 |
| 04/15/2023 | **Automated ENotice Issued to Parties** | |
| | Order Issued ---- 4/14/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 4/14/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 4/14/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Order on Initial Hearing ---- 4/14/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |
| 04/24/2023 | **Hearing Scheduling Activity** | |
| | Pretrial Conference originally scheduled on 07/05/2023 at 9:00 AM was rescheduled to 07/19/2023 at 9:00 AM. Reason: Court's Own Motion. | |
| 04/24/2023 | **Hearing Scheduling Activity** | |
| | Jury Trial originally scheduled on 07/11/2023 at 9:00 AM was rescheduled to 07/25/2023 at 9:00 AM. Reason: Court's Own Motion. | |
| 04/25/2023 | **Automated ENotice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 4/24/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 4/24/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |
| 04/28/2023 | **Motion for Discovery Protective Order Filed** | |
| | LERs Disco Prot Order, Motion | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/28/2023 |
| 05/01/2023 | **Order Granting Motion for Discovery Protective Order** | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 04/28/2023 |
| 05/02/2023 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Discovery Protective Order ---- 5/1/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |
| 05/03/2023 | **Request for Production** | |
| | EMS Request TPR | |
| | Party: | State of Indiana |
| | File Stamp: | 05/03/2023 |

| 05/03/2023 | Subpoena/Summons Filed | |
|---|---|---|
| | EMS Request TPR SUBPOENA | |
| | Filed By: | State of Indiana |
| | File Stamp: | 05/03/2023 |
| 05/03/2023 | Request for Production | |
| | Community Health Records TPR | |
| | Party: | State of Indiana |
| | File Stamp: | 05/03/2023 |
| 05/03/2023 | Subpoena/Summons Filed | |
| | Community Health Records TPR SUBPOENA | |
| | Filed By: | State of Indiana |
| | File Stamp: | 05/03/2023 |
| 05/10/2023 | Discovery Filed | |
| | Initial Discovery.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 05/10/2023 |
| 05/17/2023 | Motion Filed | |
| | Motion - Protective Order | |
| | Filed By: | State of Indiana |
| | File Stamp: | 05/17/2023 |
| 05/22/2023 | Order Granting | |
| | State's Motion for Protective Order | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 05/22/2023 |
| 05/23/2023 | Automated ENotice Issued to Parties | |
| | Order Granting ---- 5/22/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |
| 05/23/2023 | Discovery Filed | |
| | Discovery Compliance - Ahmad.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 05/23/2023 |
| 07/05/2023 | Judicial Notice of Media Request for Cameras in the Court | |
| | Notice Date: | 07/04/2023 |
| 07/06/2023 | Automated ENotice Issued to Parties | |
| | Judicial Notice of Media Request for Cameras in the Court ---- 7/5/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |
| 07/06/2023 | Approval of Media Request for Cameras in the Court | |
| | Date Signed: | 07/06/2023 |
| 07/07/2023 | Automated ENotice Issued to Parties | |
| | Approval of Media Request for Cameras in the Court ---- 7/6/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |
| 07/11/2023 | Motion for Continuance Filed | |
| | JOINT MOTION FOR CONTINUANCE | |
| | Filed By: | Ahmad, Adam |
| | File Stamp: | 07/11/2023 |
| 07/18/2023 | Hearing Scheduling Activity | |
| | Pretrial Conference scheduled for 07/19/2023 at 9:00 AM was cancelled. Reason: Agreement of Parties. | |
| 07/18/2023 | Order Granting Motion for Continuance | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 07/11/2023 |
| 07/18/2023 | Hearing Scheduling Activity | |
| | Jury Trial originally scheduled on 07/25/2023 at 9:00 AM was rescheduled to 01/23/2024 at 8:30 AM. Reason: By Request. | |

| | | |
|---|---|---|
| 07/18/2023 | **Hearing Scheduling Activity** | |
| | Final PreTrial Hearing/Conference scheduled for 01/17/2024 at 9:00 AM. | |
| 07/19/2023 | **CANCELED Pretrial Conference** | |
| | Reason: | Agreement of Parties |
| | Session: | |
| | | 07/05/2023 9:00 AM, Rescheduled |
| | Session: | |
| | | 07/19/2023 9:00 AM, Cancelled |
| 07/19/2023 | **Automated ENotice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 7/18/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Order Granting Motion for Continuance ---- 7/18/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 7/18/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 7/18/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |
| 01/17/2024 | **Final PreTrial Hearing/Conference** | |
| | Session: | |
| | | 01/17/2024 9:00 AM, Judicial Officer: Miller, Charles F. |
| 01/23/2024 | **Jury Trial** | |
| | Session: | |
| | | 07/11/2023 9:00 AM, Rescheduled |
| | Session: | |
| | | 07/25/2023 9:00 AM, Rescheduled |
| | Session: | |
| | | 01/23/2024 8:30 AM, Judicial Officer: Miller, Charles F. |
| | Comment: | 8:30 am |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.