IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF HERMAN WHITFIELD, III,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF INDIANAPOLIS, STEVEN SANCHEZ, ADAM AHMAD, MATTHEW VIRT, DOMINIQUE CLARK, JORDAN BULL, and NICHOLAS MATHEW,<br><br>    Defendants. | CASE NO. 1:22-cv-01246 SEB-MJD |

## DEFENDANTS' SUPPLEMENTAL WITNESS AND EXHIBIT LIST

Defendants, The City of Indianapolis, Matthew Virt, Dominique Clark, Jordan Bull and Nicholas Mathew, by counsel, for their Supplemental Witness and Exhibit List, submit the following:

### WITNESSES

1. Elgan Baker, Jr., Ph.D.

### EXHIBITS

1. Records of Dr. Elgan Baker, Jr. relating to treatment of Herman Whitfield, III.

FROST BROWN TODD LLP

By: */s/ Amy Stewart Johnson*
Anthony W. Overholt, #16481-49
Amy Stewart Johnson, #16257-49
Stephanie V. McGowan, #30759-49

*Attorney for Defendants, The City of Indianapolis, Matthew Virt, Dominique Clark, Jordan Bull and Nicholas Mathew*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Israel Nunez Cruz<br>Cruz Law Firm<br>148 E. Market Street, Suite 900<br>Indianapolis, IN  46204 | Richard A. Waples<br>Waples & Hanger<br>410 N. Audubon Road<br>Indianapolis, IN  46219 |
| Brandon E. Beeler<br>Deputy Chief Litigation Counsel<br>Office of Corporation Counsel<br>City of Indianapolis<br>200 E. Washington Street, Suite 1601<br>Indianapolis, IN  46204 | John F. Kautzman<br>Andrew R. Duncan<br>P. Mason Riley<br>RUCKELSHAUS, KAUTZMAN,<br>BLACKWELL, BEMIS, DUNCAN &<br>MERCHANT, LLP<br>135 N. Pennsylvania St., Suite 1600<br>Indianapolis, IN 46204 |
| Caren L. Pollack<br>POLLACK LAW FIRM, P.C.<br>10333 N. Meridian Street, Suite 111<br>Carmel, IN  46290 | |

*/ s / Amy Stewart Johnson*

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
aoverholt@fbtlaw.com
asjohnson@fbtlaw.com
smcgowan@fbtlaw.com

LR02314.0765373   4868-7530-6173v1