Q:     Alright. This is a statement of Officer Ahmad Adam. Did I say that correctly?

A:     Hm-mmm.

Q:     Okay. Um, a police officer for the Indianapolis Metropolitan Police Department taken on uh, Tuesday, 5, or May 3rd of 2022 at 3:00 in the afternoon. This statement is being taken at the office of Internal Affairs, located at 4134 North Keystone Avenue, Suite A by Sergeant Wayne Shelton and also present is Detective Lauren Carmack. Um, attorney Ed Merchant is present for the officer. Alright. Um, would you state your full name and spell your last for me?

A:     Yeah. First name is Adam. Last name is Ahmad. Spelled A-H-M-A-D.

Q:     So, your last name is Ahmad?

A:     Yes.

Q:     I had that backwards. I'm sorry.

A:     You're okay.

Q:     Okay. Um, what was your appointment date?

A:     Um, I believe 10-21 of '19.

Q:     Yep. And you are aware that we are recording this?

A:     Yes.

Q:     Okay. Um, would you state your identification number?

A:     43157.

Q:     And rank?

A:     Uh, patrolman.

Q:     Okay. Uh, we're basically here referencing an incident that occurred at ▮▮▮ Marrison Place on April 25th of 2022 at about 3:23 in the, in the a.m. Um, what was your duty assignment and shift hours on that date?

A:     Uh, I'm late shift. I'm assigned to beat 13.

Q:     Okay. Is that your regular assignment?

CITY_005063

A: Um, yeah, but that run was out of my zone and beat.

Q: Okay. Alright. Uh, were you in full uniform?

A: I was.

Q: Alright. Um, and was your body worn camera ac-activated and functioning properly?

A: Yes, it was.

Q: Have you uh, had an opportunity to review this uh, body worn camera footage?

A: I have.

Q: Hm-mmm. Uh, have you…and you have read and signed the police officers Statement of Rights Garrity protection?

A: I have.

Q: Okay. Um, have you read the IMPD Rules and Regulations pertaining to being truthful and cooperative?

A: I have.

Q: Alright. Alright. Um, so, basically drawing your attention back to this incident that I mentioned on Marrison Place, um, can you tell me a little bit about what, how, what led you to that location? How did you end up? What did you know before you even got there?

A: Uh, we were dispatched to a uh, disturbance, mental and emotional. Um, we were told that a male subject was likely to be combative by our control operator. I got there with another out of zone car and then uh, we made contact to see what was going on.

Q: Okay. Who was the other officer that you went with?

A: Uh, Dominique Clark.

Q: Okay. And were you two together at the same time? Did you arrive at the same time?

A: Yeah, we got there right around the same time.

CITY_005064

Q:     Okay. Were you the first two officers there?

A:     Yes.

Q:     Okay. Um, have you been to this location before?

A:     No.

Q:     So, were you familiar with any of the uh, individuals in that residence?

A:     I was not.

Q:     Okay. So, was this fair to say this was your first time being there?

A:     Yes.

Q:     Okay. Alright. Well based off of all that, uh, in your own words, go ahead and go into the full detail about any and all the information uh, you have reference this entire investigation at that location.

A:     Sure. So, we approached uh, walked to the driveway, got to the front door. We were greeted by a, what I believe to be the parents of the subject that we were called on. Um, they told us that their son was going through a psychosis. Uh, while we were talking to them, we see him in the background. He's running around naked, sweating and just yelling. Uh, kind of just incoherently. Talked to the parents and asked them ya know, the normal questions. Is he diagnosed with anything? Is he taking his medications. Uh, any drugs? Anything like that. They just kept saying no, just psychosis. Um, so, uh, we tried to talk to him. Clark was the first one who just tried to speak with him. Just tried to ask him what was going on and ya know how he was doing and all that. But again, he just kind of kept screaming incoherently and running back and forth. Um, we tried to convince him, like I said, she was the primary one that started talking to him. Just to put some clothes on to come outside for an ambulance to go to the hospital to get checked out. Um, me and her talked to him for about 10 to 15 minutes, trying to get him to just come outside, go to the ambulance. Asked him what was going on, what was wrong. Um, and we didn't really make much progress. Like I said, he was just either incoherent, running around screaming or just non-responsive. I'm pretty sure Clark like right away had asked for a medic to come on standby. So, after about, again 10 to 15 minutes of this, we had other people come on scene. He went to his bedroom and we lost sight of this guy multiple times. Um, I kinda slowly approached and tried to talk to him again. Asked him what was going on. It was around then I noticed like he was bleeding from his mouth and then uh, the dad told me that he had punched him, cause he was just trying to defend his wife from him. Again, what's going

CITY_005065

on? Can you come out to the ambulance? Non-responsive. Um, so, I'm standing there with the parents, kind of in front of me, looking in the doorway. He stands up, starts screaming and this is when he pushes back past both of the parents and me and he runs into the kitchen. He starts reaching for something on the floor and a lot of the living room and the floor in the kitchen, there's a bunch of stuff knocked over. I tell him to stop. Tried to go to reach him and then he runs around into the living room. Um, and then that's when I think it was Sanchez uh, hit his taser and he fell to the ground and then a bunch of them tried to detain him into handcuffs. And he, he didn't listen to any of our commands. He struggled the whole time. He is a big guy. Um, like I said, he was naked and sweating. And eventually we were able to get him into handcuffs and then we called for our medics to come in. Um, when they came in, they said…what did they say, he didn't have a pulse, so we unhandcuffed him and then helped them uh, with the life saving measures doing CPR and all that until he was transported out of the house. And then that's pretty much it.

Q:     Okay. Alright. Let's back up just a little bit, cause I'm gonna' ask you some questions to try to figure this all out here. So, when, and there was a point where you said Officer Clark was communicating.

A:     Hm-mmm.

Q:     Okay? At which point did she stop communicating and I think you said you started?

A:     Yeah. Like I said, it was about 10 to 15 minutes and I, maybe I'd say half way through or so. Cause I mean it wasn't working with her, so then I just tried to see if that would make any difference. Um, I can't give you like the exact time frame but it was within that 10 to 15 minutes when we were trying to communicate with him.

Q:     Okay.

A:     But she was first and then I was second.

Q:     And while you were communicating with him, um, what were you thinking?

A:     Um, he was clearly not in his right state of mind. Um, I would have thought there was some narcotic involvement, but again, his parents just kept saying psychosis. I'm not a mental health professional, so I don't know what all that entails. But he was just clearly not in the right state of mind.

Q:     Okay. And uh, go into detail about his state of mind, what you could see, just as much detail as you can here.

CITY_005066

A:     Um, it was frantic and erratic. Like I said, he would go from periods of just screaming incoherently and yelling, rambling and then just go into being non-responsive at all. Just not, no communication. Even just like, "Hey, what's going on? Can you look at me? Can you talk?" Just nothing at all. And it was between those two states. And it was an immediate change. It wasn't like a buildup. It was just back and forth.

Q:     Okay. And what was your uh what, what did you try to do to de-escalate that situation?

A:     Uh, like I said, we kept our distance from him and it was literally 10 to 15 minutes, hey, what's going on with you? Can you come, can you talk to us? Can you come to the ambulance? Ya know, go to the hospital. And like I said, then we lost sight of him multiple times in the house while we were trying to do that, so, ya know we wouldn't rile him up. But, yeah.

Q:     Okay. And okay. You said he pushed past you at some point?

A:     Yeah.

Q:     Okay. Do, go into a little bit of detail about that. Where were you standing and you say he, he actually pushed his mom and dad too, right?

A:     Yeah. So, as you enter the home, there's an initial hallway. At the end of that hallway…

Q:     Would it help for you to have a piece of paper to draw that out?

A:     If you guys want me to, I can. Sure.

Q:     Okay. Let me get you a sheet here [inaudible]. There you go. And here's a pen.

A:     Thank you.

Q:     Yeah.

A:     Um, so, this is the, this initial hallway that I'm talking about that leads into this house. Uh, we're gonna' say that right there is his bedroom. This is where the parents were standing and then that's over where I was standing and there's the doorway right here.

Q:     Okay.

A:     Over here is the kitchen and then that leads all the way around to this living room area. Where…this is where uh we ended up having to go

CITY_005067

hands on with him and then that leads into this living room area. And again, that all connects back to this front door. So, I'm like standing here looking into this doorway trying to talk to him. His parents are also right here. And this is when he just got up, started screaming and then pushed past his parents and then me, who was right behind them and that's when I followed through the kitchen. He started picking something up off the floor. Again, I don't know what it was. I yelled for him to stop and I tried to reach him but I couldn't cause he kept on running. And then this is where the taser happened and then we went hands on to contain him.

Q: Okay. So, between here and here…

A: Hm-mmm.

Q: …uh, did you ever give any commands? Did you ever uh, use any, uh, weapons? Anything to that nature?

A: I just yelled, "Hey stop."

Q: That's it.

A: I just told him to stop multiple times.

Q: Okay.

A: And I, I stopped reaching. Um…yeah.

Q: And did you see what happened between um, the individual and the officers out here?

A: [no response].

Q: Cause you said he got tassed right here. Did you see it or?

A: Yeah, so I, I was following…

Q: Hm-mmm.

A: …and then I just saw the taser being deployed.

Q: Okay.

A: And then he fell to the ground and then I was trying to reach him but he was still fighting. Um, it did not incapacitate him. He just fell. And trying to put hands on him but he was just kicking and moving around and flipping around and eventually with the help of a bunch of others, we were able to

CITY_005068

get him detained on the ground. So, yeah, that was all like right there in that area.

Q:      Okay. So, now did you go hands on with him at any point?

A:      Yeah.

Q:      In this, in this area?

A:      Yes, I did.

Q:      Okay. Tell me in detail what exactly did you do?

A:      Uh, I tried to grab him but I couldn't get a hold of him. Um, eventually with the help of others, they got to his left side I believe it was.

Q:      They did?

A:      Yeah. They did.

Q:      Okay.

A:      And so, when he started to turn, I was able to grab ahold of his right arm.

Q:      Okay.

A:      So, I had my right hand and my left hand on him. I'm pretty sure my right hand was like grabbing like his arm and then my left hand was just kinda pushing it to keep him down on the ground.

Q:      Okay.

A:      And then they were working on his left side. I just literally tried to maintain control of that arm the entire time until they had that one in handcuffs. Once they did, I kind of uh, I switched my grip and brought it around and then put that arm around his back while they tried to handcuff that one. And then I stayed in that position right there on that right arm until they uh, until the medics came in.

Q:      Okay. Now describe to me his position.

A:      Um, so, when he first fell, he was…again he was like rolling around. And his initial position was on his back facing me. And while he was trying to get up and move around and everything, he, ya know began to turn and that's when those officers were able to get him onto his, uh, onto his stomach and then that's when I was able to grab that right arm.

CITY_005069

Q:     Okay. Um, so, when you grabbed his right arm…

A:     Hm-mmm.

Q:     …was there any other part of him involved in that or it was just his right arm?

A:     No. So, I had his right arm…

Q:     Right.

A:     …with my, my right hand and then I was pushing on it, like on his upper left arm to keep control of that. And then again, I just switched my hand position to bring it around his back once they had the left hand in handcuffs.

Q:     And then that, when he's in that position, how is he? How is his body…

A:     Um…

Q:     …at that point? Is it…and, and what position is his body in?

A:     You mean after we put him in handcuffs?

Q:     When you had him like that, right there where you just described.

A:     So, he's laying down on his stomach.

Q:     So, he's on his stomach?

A:     Yes.

Q:     Okay. So, is he completely flat?

A:     Yeah.

Q:     Okay. Um…

A:     Well…well uh, one of the officers might have been…had one of his legs. I don't remember. There was 5 people so. I mean he was flat but I don't know if they had like his legs up to, ya know control him. Cause he was still on the ground. So, I can't recall that exactly. But yeah, he was laying down on his stomach.

CITY_005070

Q: Okay. And was he in that position the entire time? Uh, until the medics got there?

A: Yeah, for about like maybe approximately 1 to 2 minutes.

Q: Okay. So, as you held him there, did you do anything else?

A: No. I just maintained control of uh, the arm that I had.

Q: Okay. When you say maintained control, was he moving?

A: He was uh, at first and then he stopped.

Q: At what point? Uh, you say he was moving at first. Uh, give me some, a time line there? Cause you said you got him, they got him handcuffed…

A: Right.

Q: …and you were holding him. Was he still moving at that point?

A: Yes.

Q: Okay. And when did that stop?

A: I can't tell you exactly.

LC: Well I guess describe how he was moving.

Q: Yeah, describe how he was moving.

A: Um, moving his body weight around and then he was kicking his legs.

Q: Okay. And then that stopped?

A: Yes.

Q: Was there any other movement after that that you observed?

A: No. No. Not that I recall.

LC: Did he say anything verbally?

A: No. He was uh, he was just…like the entire time he was just kinda like, ya know screaming and little noises. Um, just kind of the same thing he was doing before when he was, like I said when he was all frantic and just not communicating. But then that also stopped too.

CITY_005071

Q: Okay. Um, and did that stop before the medics got there or after?

A: Before.

Q: Okay. And…at any point were you concerned about his welfare at that point, once he's in cuffs?

A: No.

Q: Okay. Explain why.

A: Um, because he had…I mean, again, he had just fought us completely and I mean he was running around screaming just fine. Um, he, and after we had handcuffed him, he was still moving around and, and making those little yells and there was no concern for anything like that. Um, I figured that when he had stopped, he had finally just given up fighting cause he realized he was handcuffed and we were gonna' stay there.

Q: Okay. Um, was there a point where someone else made a suggestion while you were holding him?

A: Yeah. Um, someone said uh, turn to him to his side and I said I don't wanna' turn him. I don't want him to get up and fight again. Cause we already told the medics to come in and we already had them on standby.

Q: Okay. And during this time where you were holding him down prior to the medics arriving, did you do anything to kinda just verify that he was in fact okay?

A: Um, we didn't do anything I guess to verify he was okay, but none of us were actually on top of him. Like we, ya know we stayed off of him. We just kinda maintained control where we had him in handcuffs so he couldn't get up and turn and start moving around again.

LC: Yeah, I do wanna' clarify. So, you're saying holding him down…

A: So, when I say…

LC: … is the question.

A: …when I say hold, I'm saying like, again, like my arm was uh, like if he, if he was handcuffed, it was like up and in. So, like my hand was on his shoulder while my, and the handcuffs were sitting here, so that's what I mean by hold. None of us actually had any body weight on him at all. We were just making sure he couldn't turn or get up.

CITY_005072

Q:      During this time, were you uh, standing, kneeling, uh…

A:      Uh…

Q:      …how were you…how were you positioned?

A:      Kneeling.

Q:      You were kneeling?

A:      Well I was…kind of laying down, kind of kneeling. It was an awkward position, so, ya know, switching between that.

Q:      So, where were your legs at in relations to him?

A:      To the side of him.

Q:      To the side of him?

A:      Yes.

Q:      Okay. Um, alright. Did you feel anything? Did you smell anything? Anything that, that you can remember today about the, during that whole situation?

A:      Smell or feel?

Q:      Yeah. Did you smell anything that was out of…ya know, from your perspective in your investigative experience, was there anything that caught your attention about him?

A:      No.

Q:      And when I say this, I'm not gonna', I'm not implying right now that this is the case. I'm just gonna' use this as a, as an example.

A:      Sure.

Q:      If an officer encounters someone, they may smell um, alcohol on their breath.

A:      Right.

Q:      Or something like that.

CITY_005073

A: No, I didn't smell…

Q: And I'm not implying that.

A: Sure.

Q: I'm just saying did you smell anything on this individual? Did you notice anything uh, prior to um, going hands on with him and then during uh, the interaction with him?

A: No, I didn't smell anything.

Q: Okay. Um, once the medics came in, uh, what happened?

A: Uh, they checked him for…well they, they talked to the parent's real quick and they checked him for a pulse. Um, they said he didn't have one. And so, we rolled him, unhandcuffed him and then helped them with the CPR.

Q: Okay. When you say we, did you actually help with any of that part of it?

A: Yeah.

Q: What did you do?

A: Uh, I did CPR multiple times and then I held uh, their little fluid bag for 'em too.

Q: Okay. When you say CPR, what exactly is that? What did you do?

A: Uh, the chest compressions.

Q: Chest compressions?

A: Yes.

Q: Okay. And, and were you the only one that did chest compressions?

A: No, I wasn't.

Q: Okay. Were you first, second, third? Do you remember?

A: No. I had a couple of goes at it, so I do not remember that.

Q: Okay. Um, and then you said at one point you were holding a bag?

A: Yeah.

CITY_005074

Q:      What kind of bag?

A:      Uh, a fluid bag.

Q:      A fluid bag?

A:      I don't know what it was.

Q:      So, you were just holding a bag for the medics that were…

A:      Yes.

Q:      …working? Okay. Um, can you think of anything?

LC:     Um, one of the things you said before he was tassed is that um, he was going into the kitchen. What was your concern about him going into the kitchen?

A:      Uh, well it was after he pushed his parents, but he started reaching for something on the ground and like I said, there were items broken about that entire house including a lot of glass. And him being in the kitchen with all those items knocked about, I didn't want him to grab anything that could harm him or us or anyone else.

Q:      Did you hear anything? Were you, uh, was there any reason to believe that anybody was in danger?

A:      Um, well him…the husband initially saying that he had to hit him in the face to stop him from attacking his wife. So, yes.

Q:      And outside of that, was there anything else?

A:      Just his behavior.

Q:      Okay.

A:      Just his erratic behavior.

Q:      Alright. Um…

[pause]

Q:      Any other questions you have?

CITY_005075

LC:   Let me see…do you remember the parents saying anything to you when you guys had him detained?

A:    No. I remember they were screaming a lot, but I don't recall anything that they were saying.

[pause]

LC:   I don't think I have anything else.

Q:    One of the things that we have to do, um, is typically…like if you're involved in a use of force incident, is you would do a Blue Team.

A:    Hm-mmm.

Q:    Well when these types of situations occur, we do the Blue Team. So, what I'm gonna' do is I know we kinda went through the use of force. I'm gonna' actually print off a copy of, of the diagram that we use in Blue Team.

A:    Hm-mmm.

Q:    So, what I'd like you to do, uh, is look at that diagram.

A:    Okay.

Q:    Okay? And before you mark it, point to a area where you used force.

A:    Uh, so, right there and there.

Q:    Where's that? That's the back?

A:    Yeah. The arm.

Q:    Okay.

A:    The right arm.

Q:    So, now take the pen, and just put a, a dot wherever you use force.

A:    I'm sorry…you want the…

Q:    Hm-mmm. And tell me exactly again, what force was used and what type of force did you have to use on him?

A:    Um, okay. I guess you could either consider it um, pressure or a lock.

CITY_005076

Q:     Hm-mmm.

A:     However, you would like to describe that. And again, I grabbed his arm, I pushed down and then brought it around to help handcuff.

Q:     Okay. So, while you were doing that, was there ever any weight leverage?

A:     Um…

Q:     To hold him in place?

[pause]

A:     I mean considering that I was above him, I guess you would say yes.

Q:     Where would that weight leverage have occurred?

A:     I mean it was just me pushing on the arm, just to keep it down.

Q:     Okay. So, those are the only areas that you actually made contact with, with force?

A:     Yeah. Yeah.

Q:     Okay.

A:     Was his arm.

Q:     And uh, you, there was no uh, handcuff or anything that you did, correct?

A:     No. The only thing that I, I'd say I assisted with it, because after they had that uh, left arm in a handcuff, again, I, I brought his arm behind his back so they could put the second one in the handcuffs.

Q:     Okay. Did you have to use a little force to get his hands?

A:     Yeah.

Q:     Okay. So, okay.

A:     Yeah.

Q:     So, that would be more…

A:     So, that's where I would say like ya know the weight leverage comes in, cause I had to ya know move it behind him…

CITY_005077

Q:     Okay.

A:     …to keep it there.

Q:     And they were able to get him handcuffed?

A:     Yes.

Q:     Okay.

LC:    I…

Q:     Go ahead.

LC:    …um, in the video, I think we can…if you need to see it, you can. At one point when he's um, you're at the side of him, he's handcuffed, you look like you like looked and like look at his face.

A:     Yeah.

LC:    Do you remember that?

Q:     Can you play it?

A:     No. Can you show me?

LC:    Yeah.

[pause]

Q:     This TV cuts off.

LC:    Maybe, maybe it's on timer.

[pause]

[noise from video plays in the background]

LC:    Have you had many runs with naked people?

[noise from video continues to play].

A:     One time…I think one is too many, so. [inaudible] too many.  So, real quick, but let me ask you. So, like my positioning on that, you guys consider that weight leverage?

CITY_005078

Q:      What? Right here?

A:      Like yeah. Like where I'm on him handcuffing him. Is that?

Q:      No, I'm just asking if there was any weight leverage used. I have to ask
        you if you did that.

A:      Well right. Well that's what I'm asking. Like is my…exact…for the Blue
        Team, for the purpose of the Blue Team, is me being in that position,
        putting my weight down while I move his arm, is that considered weight
        leverage?

Q:      I think just moving the arm and all that, I, I don't know if I would
        necessarily say that's weight leverage, but if you're using force to hold him
        down, that would be considered weight leverage.

A:      Okay. Well…I mean I would say that that's weight leverage then too.

Q:      Okay.

A:      Then yeah. With the whole…

Q:      I can't get this thing to jump forward.

[pause]

LC:     That's quality internet [inaudible].

Q:      Yeah. Ya know sometimes if I [inaudible] it goes faster.

[noise from video heard]

Q:      Oh, you know what? We're not gonna' be able to see it on his. Let me get
        the other…will you pull up Sanchez?

Unk:    Okay. I got you. Hey my man. Can you roll over?

LC:     You talking about Sanchez's?

Q:      Yeah.

LC:     Do you have it saved on your?

Q:      I do.

CITY_005079

LC:     In your file?

Q:      Let me see. Can I pull my file up in here?

LC:     Yep.

Unk:    Herman…hey Herm…

Q:      Hold on a second. Let me see if I can do this. Okay so…

[pause]

Q:      Alright. Its gonna' be videos. Body worn camera…

LC:     Audio/video file. No? There you go.

Q:      Yeah, this one plays a lot better.

LC:     Have you seen anybody's video besides yours?

A:      No.

LC:     Okay.

[pause]

Q:      Here we go.

Unk:    Hey bud?

Q:      Oh.

LC:     [inaudible] before that.

Q:      Oh, this is backwards. Hold on.

[inaudible – mumbling] [radio noise heard in the background].

[pause]

LC:     So, like when you're checking on him, like what do you see?

A:      Oh, I think that…I was just making sure he wasn't like face down. That his, ya know, that his face was to the side.

Q:      Okay. So, that's why you looked down?

CITY_005080

A:     Yeah. [inaudible].

LC:    Like…

Q:     Do you remember what you did when you reached down there?

A:     I have no idea.

Q:     Okay.

LC:    So, when you say his face was to the side, what do you mean?

A:     So, like he wasn't face down. Like, ya know his, his mouth and his nose weren't obstructed.

LC:    Okay.

Q:     [inaudible].

LC:    Hm-mmm.

Q:     Okay.

[pause]

Q:     So, that's pretty much…is that the position that you were trying to describe to us?

A:     Yeah.

Q:     Is that the position that you stayed in?

A:     Uh, I think so.

Q:     Okay.

A:     I'm pretty sure. I don't recall exactly.

Q:     Okay.

LC:    Do, do you remember feeling him move?

A:     Like I said at first, yeah, he was moving um, after we initially got him handcuffed. But then he eventually stopped.

CITY_005081

Q:     Okay. Was he moving at this point?

A:     I can't tell you that for sure.

LC:    You'd have to play it.

A:     I, I don't…

Q:     Well, I'm talking about, do you remember?

A:     No, I don't remember.

Q:     Okay. Alright. Do me a favor.

A:     Hm-mmm.

Q:     Print your name on there and then just sign it and date it.

LC:    When you stopped…

A:     Is today the 3rd?

Q:     Yes.

LC:    Yeah.

Q:     May 3rd.

LC:    When you stopped feeling him move, what did you do?

A:     Nothing. I just waited. Cause we had already called the medics to come in that were already on standby.

EM:    Uh, does he sign and date that too?

Q:     Yes, thank you.

LC:    Did anybody ever tell you guys when the medics were on scene?

A:     To be honest with you, I don't know.

LC:    Okay.

A:     Um, like I said I'm pretty sure Clark had called for them like right when we got there to be on standby. And then like once we had him in handcuffs, we told them to come in cause he was…

CITY_005082

LC: Okay.

A: …so, like we had already had them in the wing.

Q: Alright. Is there anything else you feel is essential to tell us uh, which we haven't covered that will ensure that I can do a full and complete investigation?

A: No.

Q: Okay. Alright. Um, unless you have anything more.

LC: I think it's gonna' be um, asked, so I'm just asking you now. So, when you felt him not move anymore, why didn't you do anything?

A: I just figured he'd give up fighting. Like he just…ya know he realized like he was detained and the fight was done.

LC: Okay.

A: And like I said, we already had the medics on standby and come in as soon as he was handcuffed.

Q: Alright.

LC: Do you have anything that you think you wanna' add?

A: Mm-hmm. [no].

Q: Ya know there is one more…I did ask…I wanna' make I'm consistent here. Have you been uh, uh, are you familiar with the term positional asphyxiation?

A: Yes.

Q: Okay. Um, were you…in your training, did you…have you ever learned anything about that? If so, can you give us an understanding on what you know about that?

A: Um, it basically is to make sure we don't put someone in a position where um, ya know where we compromise their breathing.

Q: Okay. And what would that position be?

CITY_005083

A:      Um, like facing the ground. Ya know like if they were to aspirate, it would just go back up and there's nowhere for it to be expelled.

Q:      Okay. Um, is that all…is that all, all your knowledge of it?

A:      Um, I would say so.

Q:      Okay. Okay. I don't have anything else.

LC:    I don't think so.

Q:      Okay. Uh, that concludes our interview. It is 3:30. And we'll go ahead and stop this audio recording. And she's gonna' cut off the video.

END OF STATEMENT
JB
IMPD
DATE: May 6, 2022

Statement of Adam Ahmad

CITY_005084

CITY_005085