UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE ESTATE OF | ) | |
| HERMAN WHITFIELD, III, | ) | |
| | ) | |
| PLAINTIFF, | ) | NO. 1:22-cv-01246-SEB-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF INDIANAPOLIS, | ) | |
| STEVEN SANCHEZ, | ) | |
| ADAM AHMAD, | ) | |
| MATTHEW VIRT, | ) | |
| DOMINIQUE CLARK, | ) | |
| JORDAN BULL, and | ) | |
| NICHOLAS MATHEW, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**PLAINTIFF'S FINAL EXHIBIT LIST**

Plaintiff, by counsel, pursuant to the Case Management Plan, submits this final list of exhibits.

**EXHIBITS**

1. Defendants' Body Worn Camera footage, April 25, 2022 (Dkt. 172).

2. Taser used by Officer Sanchez against Herman Whitfield, April 25, 2022.

3. The two sets of handcuffs the defendant officers placed on Herman Whitfield, April 25, 2022.

4. Herman Whitfield, III, Body Worn Camera Video Compilation (Demonstrative Exhibit) (Dkt. 178-11)

5. 9-1-1 call (audio), April 25, 2022 (Domestic IM25 3720 Marrison Pl)

6. 9-1-1 call (transcript), April 25, 2022 (Dkt. 171-1).

7. IMPD General Order 1.30 Use of Force Principles (Dkt. 178-24)

8.  IMPD General Order 1.32 Less Lethal Devices (Dkt. 178-25)

9.  IMPD General Order 4.7 Mental Health Crisis Response (Dkt. 178-26)

10. IMPD General Order 8.1 Prisoner Handling (Effective January 1, 2022) (Dkt. 178-27)

11. IMPD General Order 8.1 Prisoner Handling (Effective April 22, 2015) (Dkt. 178-28)

12. IMPD 2020 IN-SERVICE TRAINING - Mental Health Edition CITY_001644-CITY_001737 (Dkt. 178-29)

13. TASER X26P Warnings, CITY_000264 (Dkt. 178-30)

14. IMPD Probationary Officer Training Tasks, Prisoner Handling (March 2016) (Dkt. 178-31)

15. Officer Escalation & De-Escalation of Force Chart, CITY_001467 (Dkt. 178-32)

16. Taser Guidelines, CITY_000302 (Dkt. 178-33)

17. IMPD's 2022 Fall Inservice Behavioral Mental Health Edition," City Bates Nos. 8222-8222 ptx

18. Marion County Coroner's Autopsy Report (Dkt. 178-3)

19. Medical Records, Herman Whitfield III, EMT, April 25, 2022 (7 pages)

20. Medial Records, Herman Whitfield, Community Hospital, April 25, 2022 (70 pages and one Records Certification page).

21. IMPD Internal Affairs Report, Whitfield, CITY_004976-CITY_004993 (Dkt. 178-10)

22. "Positional Asphyxia—Sudden Death," National Law Enforcement Technology Center, U.S. Dept. of Justice, June 1995 (Dkt. 178-34)

23. This Court's public record file in *Estate of Northington v. City of Indianapolis*, No. 1:21-cv-00406-RLM-TAB (S.D. Ind).

24. This Court's public record file in *Estate of Daniels v. City of Indianapolis*, No. 1:20-cv-02280-JRA-MJD (S.D. Ind).

25. Def. City's Responses to RFA Nos. 8-23 (Dkt. 178-37)

26. Selection of Herman Whitfield, III's music

27. YouTube videos of Herman Whitfield, III's music

28. Video/Audio of Durham Symphony Orchestra, playing Herman Whitfield's music

29. Video/Audio of Bard College's Orchestra Now playing Herman Whitfield's music

30. Montage of Herman Whitfield, III, photos and videos

31. Poster of Herman Whitfield, III, and piano

32. Trophies awarded to Herman Whitfield, III

33. Medals awarded to Herman Whitfield, III

34. Photographs of Herman Whitfield, III.

35. All exhibits identified in discovery

36. All exhibits listed, used, or referred to by the Defendants in this matter, including but not limited to exhibits disclosed in the Defendant's Initial Disclosures

37. All demonstrative exhibits and materials, including, but not limited to diagrams, charts, maps, story boards concerning facts, testimony, or evidence, computer reenactment scenes, computer simulations, illustrations, and/or photographs

38. Any exhibit relied upon by experts in this matter

39. Any medical texts, journal articles, or authorities cited on or relied upon by any expert witnesses in this matter or which contradicts the opinions of any expert witness

40. CV or resume of any disclosed experts

41.  Impeachment exhibits

42. Rebuttal exhibits

43. Exhibits listed by Defendants on any exhibit list

44. Plaintiff reserves the right to amend and/or supplement this list of exhibits

Respectfully submitted,

Dated: June 16, 2025

*/s/ Richard A. Waples*_____
Richard A. Waples
Israel Nunez Cruz

Attorneys for the Plaintiff

Richard A. Waples                  Israel Nunez Cruz
**WAPLES & HANGER**              **CRUZ LAW FIRM**
410 N. Audubon Road              3440 Prospect Street
Indianapolis, Indiana 46219      Indianapolis, Indiana 46203
TEL: (317) 357-0903              TEL: (317) 423-9668
FAX: (317) 357-0275              FAX: (317) 423-9677
EMAIL: rwaples@wapleshanger.com  EMAIL: icruzlawfirm@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 16, 2024, a copy of this document was filed electronically and will be served by the Court's Pacer system upon counsel of record.

Respectfully submitted,

*/s/ Richard A. Waples*_____
Richard A. Waples

Attorneys for the Plaintiff

Richard A. Waples
**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

Israel Nunez Cruz
**CRUZ LAW FIRM**
3440 Prospect Street
Indianapolis, Indiana 46203
TEL: (317) 423-9668
FAX: (317) 423-9677
EMAIL: icruzlawfirm@gmail.com