**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **THE ESTATE OF** | ) | |
| **HERMAN WHITFIELD, III,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **NO. 1:22-cv-01246-SEB-MJD** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE CITY OF INDIANAPOLIS,** | ) | |
| **STEVEN SANCHEZ,** | ) | |
| **ADAM AHMAD,** | ) | |
| **MATTHEW VIRT,** | ) | |
| **JORDAN BULL, and** | ) | |
| **NICHOLAS MATHEW,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**PLAINTIFF'S SUGGESTED COMPROMISE ISSUE INSTRUCTION**

Plaintiff submits the following issue instruction which represents a compromise of the language initially suggested by Plaintiff (Dkt. 247) and Defendants' proposal (Dkt. 273). The compromise includes language and concepts from both proposals and attempts to frame the issue in a neutral and non-judgmental fashion.

**Instruction No. 1 (Case Instruction)**

This case is brought by the plaintiff, Estate of Herman Whitfield, III against the Defendants, the City of Indianapolis and its employees Indianapolis Metropolitan Police Officers Steven Sanchez, Adam Ahmad, Matthew Virt, Jordan Bull, and Nicholas Mathew.

The parties agree that on April 25, 2022, the parents of Herman Whitfield, III called 9-1-1 because their son Herman was experiencing a mental health episode and displaying unusual behavior. The parties agree that when officers arrived Herman did not respond to their requests

that he put on clothes and exit the house to a waiting ambulance. The parties agree that Herman was seized by Defendants Sanchez, Ahmad, Virt, Bull, and Mathew while these Defendants were acting in their official capacities as officers employed by the City of Indianapolis. The parties also agree that Mr. Whitfield died during that seizure. The parties disagree whether the seizure was reasonable or unreasonable. It will be for you to decide whether that seizure complied with the requirement of the Fourth Amendment to the United States Constitution that a police officer's use of force be objectively reasonable under all the circumstances.

The Estate of Herman Whtifield III also alleges that the Officers' alleged use of unreasonable force constituted a battery under Indiana state law, for which the City of Indianapolis is responsible.

The focus of this litigation and the parties' dispute for you to resolve is whether the seizure of Herman Whitfield, III by the individual officers was objectively reasonable, and whether Herman Whitifield III was harmed as a result. The resolution of that issue will determine whether Plaintiff's rights under the United States Constitution and Indiana state law were violated.

If you decide for Plaintiff Estate of Herman Whitfield, III, against any of the Defendants, you will also be asked to resolve the parties' dispute on the appropriate amount of damages

I will give you preliminary instructions now and final instructions at the close of evidence to guide your consideration of the evidence and the legal standards that apply to Plaintiff's claims and Defendants' defenses.

Dated: February 10, 2026

Respectfully submitted,

*/s/ Richard A. Waples*
Richard A. Waples
Israel Nunez Cruz

Attorneys for the Plaintiff

Richard A. Waples
**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

Israel Nunez Cruz
**CRUZ LAW FIRM**
3440 Prospect Street
Indianapolis, Indiana 46203
TEL: (317) 423-9668
FAX: (317) 423-9677
EMAIL: icruzlawfirm@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 10, 2026, a copy of this document was filed electronically and will be served by the Court's Pacer system upon counsel of record.

Respectfully submitted,

*/s/ Richard A. Waples*
Richard A. Waples

Attorneys for the Plaintiff

Richard A. Waples
**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

Israel Nunez Cruz
**CRUZ LAW FIRM**
3440 Prospect Street
Indianapolis, Indiana 46203
TEL: (317) 423-9668
FAX: (317) 423-9677
EMAIL: icruzlawfirm@gmail.com